IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JANI-KING OF MIAMI, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| RUSSELL LEICHT, MELODEE LEICHT, | § | CASE NO. 3:23-cv-00389-B |
| JOHN DARCY, and PREMIER | § | |
| PROPERTIES CLEANING SERVICES, | § | |
| LLC, | § | |
| | § | |
| Defendants. | § | |

## JOINT MOTION FOR ENTRY OF AGREED JUDGMENT

Plaintiff Jani-King of Miami, Inc. ("Jani-King") and Defendants[1] (collectively, the "Parties") file this Joint Motion for Entry of Agreed Judgment, and respectfully show the Court the following:

The Parties have signed a settlement agreement intended to resolve all claims and defenses in this case, a portion of which requires an Agreed Judgment. To that end, the Parties request that this Court enter the Agreed Judgment attached to this Motion as "Exhibit 1."

---

[1] As used herein, "Defendants" shall mean and refer to Russell Leicht, Melodee Leicht, John Darcy, and Premier Properties Cleaning Services, LLC, collectively. Defendants deny that a Texas Court may assert personal jurisdiction over them. This motion is filed subject to (and without waiver of) Defendants' right to file a Rule 12(b)(2) Motion to Dismiss if this cause is not dismissed by agreement, and this motion should not be construed as Defendants' making a general appearance. *See, e.g.*, *Donohue v. Wang*, 2022 WL 4111924, at *2 (W.D. Tex. Sept. 7, 2022); *McAfee, LLC v. Kinney*, 2019 WL 4077647, at *3 (E.D. Tex. Aug. 29, 2019); *Mohr v. Bank of New York Mellon Corp.*, 2010 WL 11652147, at *6 (W.D. Tex. July 27, 2010), report and recommendation adopted, 2010 WL 11652166 (W.D. Tex. Aug. 25, 2010); *Alliantgroup, L.P. v. Feingold*, 2009 WL 1109093, at *5 (S.D. Tex. Apr. 24, 2009).

-1-

Respectfully submitted,

**GRAY REED & MCGRAW LLP**

By: */s/ Jonathan Hyman*
    JONATHAN HYMAN
    State Bar No.: 24032455
    jhyman@grayreed.com
    WILLIAM N. DRABBLE
    State Bar No. 24074154
    wdrabble@grayreed.com
    SKYLER Y. STUCKEY
    State Bar No.: 24079411
    sstuckey@grayreed.com

1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332

**ATTORNEYS FOR PLAINTIFF**
**JANI-KING OF MIAMI, INC.**

**KESSLER & COLLINS PC**

By: */s/ Stephen J. Huschka*
    STEPHEN J. HUSCHKA
    State Bar No. 24097861
    shuschka@kesslercollins.com
    JOSEPH O. COLLINS, JR.
    State Bar No. 04625500
    jcollins@kesslercollins.com
    ANNE-ALISE "ALI" HINCKLEY
    State Bar No. 24090786
    ahinckley@kesslercollins.com

500 North Akard Street, Suite 3700
Dallas, Texas 75201
Telephone: (214) 379-0722
Facsimile: (214) 373-4714

**ATTORNEYS FOR DEFENDANTS**
**RUSSELL LEICHT, MELODEE LEICHT,**
**JOHN DARCY, AND PREMIER PROPERTIES**
**CLEANING SERVICES, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Jonathan Hyman*
JONATHAN HYMAN

4883-2727-3315.1